# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | |
|---|---|
| Timothy Ellis II *and* Lisa Ellis )<br>   *Plaintiffs* )<br>)<br>v. )<br>)<br>Spring Valley Bank & Trust Co. *et al.* )<br>   *Defendants* )<br>) | Case No.   3:17-cv-00652-RGJ |

### NOTICE OF SETTLEMENT AS TO ALL DEFENDANTS

Please take notice that Plaintiffs, Timothy Ellis, II and Lisa Ellis, have reached a settlement with Defendants Spring Valley Bank & Trust Co. and Equifax Information Services, LLC. Once the settlement is final, the parties will file a joint dismissal with prejudice.

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiffs*
*Timothy Ellis, II and Lisa Ellis*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiffs*
*Timothy Ellis, II and Lisa Ellis*

## CERTIFICATE OF SERVICE

   This is to certify that I filed the foregoing via the Court's CM/ECF system on this 26th day of April, 2018, which will send a Notice of Electronic Filing to all counsel of record.

            /s/ James H. Lawson
            *Counsel for Plaintiffs*
            *Timothy Ellis, II and Lisa Ellis*