UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| TIMOTHY ELLIS, II, et al., | ) | |
| | ) | |
| PLAINTIFFS | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:17-CV-652-RGJ |
| | ) | |
| SPRINGS VALLEY BANK & TRUST CO., *et al.*, | ) | |
| | ) | |
| DEFENDANTS | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

Pursuant to FRCP 41, and based upon the stipulation of Plaintiffs, Timothy Ellis and Lisa Ellis (collectively, the "Ellises"), and Defendants, Springs Valley Bank & Trust Co. ("Springs Valley") and Equifax Information Services, LLC ("Equifax"), by counsel, that they have settled and resolved the dispute at issue in this matter pursuant to and in accordance with that certain written Settlement Agreement And Release executed and delivered by each of them bearing the caption of this case,

1. The Ellises stipulate to the dismissal with prejudice of the Plaintiffs' claims herein against Springs Valley and Equifax, and Springs Valley stipulates to the dismissal with prejudice of Springs Valley's crossclaim against Equifax, and with each party to bear its own costs and expenses.

**HAVE SEEN, AGREED, AND STIPULATED:**

| | |
|---|---|
| */s/ James H. Lawson (with permission)* | */s/ M. Thurman Senn* |
| James H. Lawson | M. Thurman Senn |
| James R. McKenzie | Morgan & Pottinger, P.S.C. |

| | |
|---|---|
| Lawson at Law, PLLC<br>115 S. Sherrin Avenue, Suite 5<br>Louisville, KY 40207<br>Phone: (502) 473-6525<br>james@kyconsumerlaw.com<br>*Counsel for Plaintiffs, Timothy Ellis and Lisa Ellis* | 401 South Fourth Street, Suite 1200<br>Louisville, KY 40202<br>Phone: (502) 589-2780<br>mts@morganandpottinger.com<br>*Counsel for Defendant, Spring Valley Bank & Trust Company*<br><br>*/s/ John M. Williams (with permission)*<br>John M. Williams<br>Williams, Kilpatrick & True, PLLC<br>3151 Beaumont Centre Circle, Suite 375<br>Lexington, KY 40513<br>Phone: (859) 245-1059<br>williams@wktlaw.com<br>*Counsel for Defendant, Equifax Information Services, LLC* |

## Certificate Of Service

On August 22, 2018, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all counsel designated to receive electronic notice in this case.

/s/ *M. Thurman Senn*
Counsel for Defendant, Spring Valley Bank & Trust Company